```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ISAURO PORFIRIO CANDIA, et al,
                        Plaintiff(s)
                                                                25 civ 6531 (JGK)
        -against-

M&Y CATERING, INC.,
                        Defendant(s).
-----------------------------------------------------------X
```

## ORDER

The conference scheduled for Wednesday, November 12, 2025, at 12:00pm, is canceled.

**SO ORDERED.**

 _____
 **JOHN G. KOELTL**
 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
 November 6, 2025