UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Isauro Porfirio Candia, et al.,

               Plaintiffs,        25-cv-6531 (JGK)

     - against -              ORDER

M & Y Catering Inc.,

               Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **November 27, 2025.**

SO ORDERED.

Dated:    New York, New York
           November 13, 2025

                                             John G. Koeltl
                                     United States District Judge