UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Isauro Porfirio Candia, et al.,

                    Plaintiff,              25-cv-6531 (JGK)

        - against -                          ORDER

M & Y Catering Inc.,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

    On August 8, 2025, the plaintiff filed the complaint in this case alleging claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ECF No. 1. The Court referred the case for mediation to the Court's Alternative Dispute Resolution program on September 10, 2025. ECF No. 9. The defendant answered the complaint on November 12, 2025. ECF No. 16. On November 18, 2025, the mediator reported that mediation was unsuccessful.

    The parties are therefore directed to submit a Rule 26(f) report by **January 5, 2026.**

SO ORDERED.

Dated:    New York, New York
          December 9, 2025

                                    John G. Koeltl
                            United States District Judge