**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

ISAURO PORFIRIO CANDIA and
ESMERALDA CUC DE LEON,

Case No.: 1:25-cv-6531

Plaintiffs,

-against-

**(PROPOSED) JUDGMENT**

M & Y CATERING INC. d/b/a KIMURA,

Defendant.
--------------------------------------------------------------x

WHEREAS on or about August 4, 2026, defendant M & Y Catering Inc. d/b/a Kimura ("Defendant") extended to plaintiffs Isauro Porfirio Candia and Esmeralda Cuc de Leon ("Plaintiffs") an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Ten Thousand Dollars and no Cents ($10,000.00), in connection with Plaintiffs' Fair Labor Standards Act claims alleged in this Action, and whereas Plaintiffs accepted said offer on or about August 13, 2026.

JUDGMENT shall be entered in favor of Plaintiffs against Defendant in the amount of Ten Thousand Dollars and no Cents ($10,000.00).

Dated: New York, New York
9/7, 2026

John G. Koeltl
JUDGE JOHN G. KOELTL