UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAURO PORFIRIO CANDIA, ET AL.,

Plaintiffs,

- against -

M & Y CATERING INC.,

Defendant.

25-cv-6531 (JGK)

Order

**John G. Koeltl, District Judge:**

While the Offer of Judgment purported to be an offer of judgment for the Fair Labor Standards Act claims in the case, the Offer of Judgment states that acceptance of the offer "shall effect a dismissal with prejudice of Plaintiff's claims set forth in the Complaint dated August 8, 2025, in the entirety against Defendant . . . as well as a release of any additional wage claims." ECF No. 27-1 at 1. The parties are requested to advise the Court by **November 18, 2026** whether there are any further claims in this case or whether the case should be closed.

**SO ORDERED.**

**Dated:** New York, New York
November 9, 2026

John G. Koeltl
United States District Judge