UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAURO PORFIRIO CANDIA and ESMERALDA CUC DE LEON,

Plaintiffs,

-against-

M & Y CATERING INC. d/b/a KIMURA,

Defendant.

No: 25 Civ. 6531 (JGK)

**SATISFACTION OF JUDGMENT**

**WHEREAS**, a judgment was entered in the above action on September 7, 2026 (ECF No. 29), in favor of Plaintiffs Isauro Porfirio Candia and Esmeralda Cuc de Leon against Defendant M & Y Catering Inc. d/b/a Kimura in the total amount of Ten Thousand Dollars and Zero Cents ($10,000.00), inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 27); and

**WHEREAS**, Defendant has paid the judgment in full, and it is certified that there are no outstanding executions with any Sheriff or Marshall or unpaid interests on the judgment;

**NOW THEREFORE**, the complete satisfaction of judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction of the judgment on the docket.

Dated: New York, New York
November 10, 2026

PECHMAN LAW GROUP PLLC

By: ______________________

Louis Pechman, Esq.
Vivianna Morales, Esq.
Miguel Tapia Colin, Esq.
488 Madison Avenue, 17th Floor
New York, New York 10022
Tel.: (212) 583–9500
pechman@pechmanlaw.com
morales@pechmanlaw.com
tapiacolin@pechmanlaw.com
*Attorneys for Plaintiffs*

So ordered.

The Clerk is respectfully requested to close this case.

So ordered.

[signature]

11/11/26 U.S.D.J.

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

On this 10th day of November 2026 before me personally came Louis Pechman, to me known and known to be a member of the firm of Pechman Law Group PLLC, attorneys for Plaintiffs in the above-captioned action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me doing so.

MIGUEL TAPIA COLIN
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Kings County
02TA0046254
MY COMMISSION EXPIRES 01/29/2030

Notary Public